In the Matter of the Claim of DOROTHY K. MURPHY, Respondent, against MARY IMMACULATE HOSPITAL et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted May 27, 1942; decided June 18, 1942.

*James J. McLoughlin, Francis J. McLoughlin* and *Thomas F. Harrigan* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., FINCH and DESMOND, JJ.